UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.** **EDCV 25-3320-MWF (PVC)**          **Date: January 16, 2026**
Title:     Elena Andreea Serban et al v. James Janecka et al

Present:   The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

Deputy Clerk:                          Court Reporter:
Rita Sanchez                           Not Reported

Attorneys Present for Plaintiff:       Attorneys Present for Defendant:
None Present                           None Present

**Proceedings (In Chambers):**          ORDER DENYING PRELIMINARY
                                        INJUNCTION AS MOOT AND REQUIRING
                                        PETITIONERS TO SHOW CAUSE

On December 22, 2025, the Court issued a temporary restraining order enjoining Respondents James Janecka, Ernesto Santacruz Jr., Kristi Noem, Todd Lyons, and Pam Bondi from detaining Petitioners Elena Andreea Serban and Jose Daniel Fuentes Rivas unless Petitioners were provided with a bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a). (Docket No. 9). The Court also required Respondents to show cause as to why a preliminary injunction should not issue and set a hearing for January 26, 2026. (*See* Docket No. 11).

On January 7, 2026, Respondents filed a Supplemental Response (Docket No. 12) indicating that bond hearings have been held as to both Petitioners and both Petitioners have been released on bond. (*See id.*, Exs. A–B). Petitioners did not respond to Respondents' filing.

The Court agrees that the bond hearings and release appear to moot Petitioners' request for a preliminary injunction as well as the underlying Petition (Docket No. 1). *See United States v. Alder Creek Water Co.* ("A case becomes moot when interim relief or events have deprived the court of the ability to redress the party's injuries."), 823 F.2d 343, 345 (9th Cir. 1987); *see also NASD Disp. Resol., Inc. v. Jud. Council,* 488 F.3d 1065, 1068 (9th Cir. 2007) (finding the appeal to be moot when plaintiffs were already granted the relief that they sought).

---

**CIVIL MINUTES—GENERAL**                                                    1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.  EDCV 25-3320-MWF (PVC)**                     **Date:  January 16, 2026**

Title:       Elena Andreea Serban et al v. James Janecka et al

Accordingly, Petitioners' request for a preliminary injunction is **DENIED** *as moot* and the preliminary injunction hearing is **VACATED**.  Petitioners are **ORDERED** to show cause, in writing only, why the Court should not dismiss the Petition as moot in light of Petitioners' release on bond.  Petitioners shall file a response to this order by **January 23, 2026**.  Respondents may file a reply by **February 1, 2026**.  No hearing will be held.

A notice of voluntary dismissal using Form CV-09 would also be a sufficient response from Petitioners.  Failure to comply with this Order will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.